

FILED
VANESSA L. ARMSTRONG, CLERK
FEB 19 2020
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ISAIAH STONER**

INDICTMENT

NO. 3:20-CR-24-DJH

26 U.S.C. § 5845(b)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
26 U.S.C. § 5872
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Possession of an unregistered firearm)*

On or about February 5, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ISAIAH STONER**, possessed a machinegun, that is, a Glock, Model 26, 9 millimeter pistol, bearing serial number BCLD012, which was not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(b), 5861(d) and 5871.

### FORFEITURE

As a result of committing an offense in violation of Title 26, United States Code, Sections 5845(b), 5861(d), and 5871, as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **ISAIAH STONER**, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including,

but not limited to: a Glock, Model 26, 9 millimeter pistol, bearing serial number BCLD012, and ammunition.

A TRUE BILL.



FOREPERSON

*Russell M. Coleman* (signature)
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:APG:02/19/2020

UNITED STATES OF AMERICA v. ISAIAH STONER

## PENALTIES

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612.

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the

unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:     Clerk, U.S. District Court
                106 Gene Snyder U.S. Courthouse
                601 West Broadway
                Louisville, KY  40202
                502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
                120 Federal Building
                241 East Main Street
                Bowling Green, KY  42101
                270/393-2500

OWENSBORO:      Clerk, U.S. District Court
                126 Federal Building
                423 Frederica
                Owensboro, KY  42301
                270/689-4400

PADUCAH:        Clerk, U.S. District Court
                127 Federal Building
                501 Broadway
                Paducah, KY  42001
                270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 3:20-CR-24-DJH

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

# ISAIAH STONER

# INDICTMENT

## COUNT 1
*Possession of an unregistered firearm*
26 U.S.C. §§5845(b), 5861(b) and 5871

### Forfeiture

*A true bill.*

███████████████

*Foreperson*

*Filed in open court this 19th day of February, 2020.*

FILED
VANESSA L. ARMSTRONG, CLERK

FEB 1 9 2020

U.S. DISTRICT COURT
WESTERN DIST. KENTUCKY

*Clerk*

*Bail, $*