

# Case Assignment
## Standard Criminal Assignment

Case number **3:20CR-24-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/19/2020 12:53:56 PM
Transaction ID: 30386

Return